UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SHEILA LOSHAW,**

      **Plaintiff,**

v.                                    Case No: 6:14-cv-1778-Orl-41TBS

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

                                  /

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (the "Application") filed on October 31, 2014. (Doc. 2). United States Magistrate Judge Thomas B. Smith submitted a Report and Recommendation on December 2, 2014, which recommends that this Court deny Plaintiff's Application and dismiss the case. (Doc. 6, at 3).

After an independent *de novo* review of the record and noting that no objections were timely filed, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 6) filed on December 2, 2014, is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Application (Doc. 2) filed on October 31, 2014, is **DENIED**.

3. The Complaint (Doc. 1) filed on October 31, 2014, is **DISMISSED**.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on December 16, 2014.



Copies furnished to:

Unrepresented Parties